592

433 A.2d 553

Commonwealth v. Potocki, Appellant.

Submitted September 11, 1980. Bruce S. Miller, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

433 A.2d 553

Commonwealth v. Riddick, Appellant.

Submitted June 13, 1980. Samuel R. Kasick, Assistant Public Defender, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment affirmed.